■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLCIA MERCEDES, Appellant. [703 NYS2d 750] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered February 4, 1999, convicting her of criminal sale of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERVIN NORWOOD, Appellant. [704 NYS2d 826] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered September 23, 1998, convicting him of murder in the second degree, robbery in the first degree, grand larceny in the fourth degree, and criminal possession of stolen property in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the court's charge on reasonable doubt, when read as a whole, did not shift the burden of proof (*see, People v Antommarchi,* 80 NY2d 247). Further, the trial court properly admitted photographs of the victim's body, in light of the conflicting testimony regarding how the murder occurred (*see, People v Webster,* 248 AD2d 738, 739). Thompson, J. P., Feuerstein, Schmidt and Smith, JJ., concur.